NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MULTIMEDIA PATENT TRUST,**
*Plaintiff-Appellant,*

v.

**LG ELECTRONICS, INC.,**
**LG ELECTRONICS U.S.A., INC., AND**
**LG ELECTRONICS MOBILECOMM U.S.A., INC.,**
*Defendants-Appellees.*

---

2013-1621

---

Appeal from the United States District Court for the Southern District of California in No. 12-CV-2731, Judge Marilyn L. Huff.

---

## JUDGMENT

---

KATHLEEN M. SULLIVAN, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, New York, argued for plaintiff-appellant. With her on the brief were SANFORD I. WEISBURST; PHILIP C. STERNHELL, of Washington, DC; FREDERICK A. LORIG, SUSAN R. ESTRICH, CHRISTOPHER A. MATHEWS, and BRUCE R. ZISSER, of Los Angeles, California.

MICHAEL J. MCKEON, Fish & Richardson P.C., of Washington, DC, argued for defendants-appellees. With him on the brief were JUSTIN M. BARNES and LARA S. GARNER, of San Diego, California; and FRANK P. PORCELLI, of Boston, Massachusetts. Of counsel was JUANITA ROSE BROOKS, of San Diego, California; RICHARD ALEX STERBA, of Washington, DC; and KELLY CATHERINE HUNSAKER, of Redwood City, California.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


    July 17, 2014                     /s/  Daniel  E.  O'Toole
       Date                          Daniel E. O'Toole
                                     Clerk of Court